```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

WESTERN DIVISION
                                           CASE NO.

RODNEY A. MACDONALD,         )
         Plaintiff           )
                             )
v.                           )
                             )
                             )
GLOCK, INC.,                 )
         Defendant           )

### COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES the Plaintiff, Rodney A. MacDonald, and does hereby bring the following Complaint in the above-captioned matter.

### INTRODUCTION

1. This is an action arising out of personal injuries sustained by the Plaintiff, Rodney A. MacDonald when a 10mm semi-automatic Glock pistol exploded/blew apart in his hand while firing the weapon and causing serious bodily injury.

### JURISDICTION AND VENUE

2. Jurisdiction over this action rests in this Court pursuant to diversity of jurisdiction, 28 U.S.C. §1332, which gives this Court jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. This action is between citizens of different states and the amount in controversy is likely to exceed $75,000.00 exclusive of interest and costs.

3. Venue in this Court is proper because the personal injuries and damages complained of herein occurred at the Chester-Blandford State Forest in the Town of Chester, Hampden County, Massachusetts.

### PARTIES

4. The Plaintiff, Rodney A. MacDonald, is an individual residing at 59 Betterway Street, Springfield, Hampden County, Massachusetts.

5. The Defendant, Glock, Inc., (hereinafter "Glock"), is a foreign corporation duly organized in the State of Georgia, with a principal office at 6000 Highlands Parkway, Smyrna, Cobb County, Georgia.

6. The Defendant, Glock, is a manufacturer/designer of the Glock 10mm semi-automatic pistol (hereinafter, "gun") that is the subject matter of this action.

## FACTS

7. The Plaintiff, Rodney A. MacDonald, states that on or about December 2, 2012, he was lawfully on the premises of the Chester-Blandford State Forest located on Route 20 in Chester, Massachusetts on a hunting trip with friends.

8. During the course of the day, the hunting party stopped hunting with rifles and commenced target shooting with pistols. The Plaintiff borrowed a pistol owned by a member of the hunting group, a 10mm semi-automatic Glock pistol.

9. The Plaintiff fired two shots from the gun without incident. On the third shot, the gun exploded/blew apart while the Plaintiff was holding the gun and firing it. The recoil and force from the exploding gun violently spun around the Plaintiff's body and knocked him to the ground. Shrapnel from the gun struck the Plaintiff's face and body.

10. As a result of the gun exploding/blowing apart, the Plaintiff, Rodney A. MacDonald, was seriously injured. The Plaintiff, Rodney A. MacDonald, further suffered great pain of body and anguish of mind, was unable to transact his usual duties, and was otherwise damaged.

## COUNT I
## NEGLIGENCE

11. On or about December 2, 2012, the Plaintiff was engaged in recreational target shooting with the gun while on a hunting trip.

12. On or about December 2, 2012, the Plaintiff was injured while operating the gun as a result of the negligence of the Defendant.

13. The Defendant was negligent and breached a duty of care owed to the Plaintiff in the manufacture of the gun by, *inter alia*:

2

    a.    failing to make or cause to be made reasonable inspections to discover or correct defects in the gun, all of which were known to the Defendant, or which in the exercise of due care should have been known;

    b.    failing to test, examine and inspect designed/manufactured gun to determine operability and proper functionality free from safety defects.

14. As a result of the Defendant's negligence, Plaintiff sustained several serious personal injuries when the gun exploded/blew apart, including traumatic injury to the meniscus of both knees, permanent nerve damage to his right hand and right wrist, permanent hearing loss and tinnitus in both ears.

15. The acts complained or herein were reasonably foreseeable by the Defendant as the manufacturer/designer of the gun.

16. As a direct and proximate result of said negligence, the Plaintiff suffered great injuries and damages, including, but not limited to, physical and emotional injuries, permanent scarring, costs of treating such injuries, loss of earnings, loss of earning capacity, great pain and suffering and other consequential damages.

    WHEREFORE, the Plaintiff, Rodney A. MacDonald, demands judgement against the Defendant, Glock, Inc., in an amount which exceeds the jurisdictional requirements of the Court, plus interest and costs, to compensate him for his injuries and damages.

## COUNT II
## STRICT LIABILITY

17. The Plaintiff, Rodney A. MacDonald, incorporates by reference paragraphs 1 through 16, _supra_, and realleges the same as if originally stated herein.

18. Sometime prior to December 2, 2012, the Defendant designed and manufactured the gun and placed it into the stream of commerce.

19. The Defendant was a seller engaged in the business of selling products such as the gun.

20. The gun was sold in a defective condition which made it unreasonably dangerous to persons such as the Plaintiff, who could reasonably have been expected to come into contact with, use or be affected by the gun.

21. The gun was expected to, and did reach the Plaintiff without material modification thereto.

22. The Defendant created a substantial risk of harm for those reasonably expected to be affected by the gun, including the Plaintiff, as a result of the gun's defective condition.

23. Prior to sustaining his injuries, the Plaintiff neither knew nor should have known of any defect in the gun.

24. As a direct and proximate result of the defective condition of the gun, and the breaches complained of herein, the Plaintiff suffered great injuries and damages, including, but not limited to, physical and emotional injuries, permanent scarring, costs of treating such injuries, loss of earnings, loss of earning capacity, great pain and suffering and other consequential damages.

    WHEREFORE, the Plaintiff, Rodney A. MacDonald, demands judgement against the Defendant, Glock, Inc., in an amount which exceeds the jurisdictional requirements of the Court, plus interest and costs, to compensate him for his injuries and damages.

    THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS AND ISSUES TRIABLE OF RIGHT IN THE WITHIN ACTION.

                                    Respectfully Submitted,

                                    THE PLAINTIFF

                                By:   /s/Thomas John Rooke
                                    THOMAS JOHN ROOKE, ESQ.
                                    73 Chestnut Street
                                    Springfield, MA 01103
                                    Ph: 413-731-9000
                                    Fx: 413-731-1302
                                    Email: tjrlaw@verizon.net
                                    BBO#: 549087

Dated: November 25, 2015