UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RODNEY A. MACDONALD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-30209-MGM |
| | * | |
| GLOCK, INC., | * | |
| | * | |
| Defendant. | * | |

**JUDGMENT IN A CIVIL CASE**

MASTROIANNI, U.S.D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the court's ruling at the September 19, 2018, motion hearing, judgment enters for defendant Glock, Inc., pursuant to Rule 54(b).


ROBERT FARRELL,
CLERK OF COURT


By

Dated: September 25, 2018     /s/ Timothy J. Bartlett
    Courtroom Deputy Clerk